1  XAVIER BECERRA
   Attorney General of California
2  PAMELA J. HOLMES
   Supervising Deputy Attorney General
3  PAUL F. ARENTZ
   Deputy Attorney General
4  State Bar No. 166748
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone: (213) 269-6503
6    Fax: (916) 731-2120
     E-mail:  Paul.Arentz@doj.ca.gov
7  *Attorneys for Defendants*
   *Grant Bruemmer, Manuel Bautista*
8  *and Ernesto Mejia*

9  BRIAN T. DUNN, ESQ. (SBN 176502)
   Email: bdunn@cochranfirm.com
10 THE COCHRAN FIRM CALIFORNIA
   4929 Wilshire Boulevard, Suite 1010
11 Los Angeles, California 90010-3856
   Telephone: (323) 435-8205
12 Facsimile: (323) 282-5280
   Attorneys for Plaintiff

13

14              IN THE UNITED STATES DISTRICT COURT

15            FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

17 **JULIA FLYNN, INDIVIDUALLY**          Case No. 2:19-cv-01361 JAK (PLAx)
   **AND AS A SUCCESSOR IN**
18 **INTEREST TO CHRISTOPHER**            **JOINT STIPULATION**
   **FLYNN, DECEASED.,**                  **REGARDING DISMISSAL OF**
19                                        **ACTION**
                               Plaintiff,
20                                        Courtroom:   10B
       **v.**                            Judge:       Hon. John A. Kronstadt
21                                        Trial Date:  Not set
                                          Action Filed: 2/22/2019
22 **STATE OF CALIFORNIA, ET AL. ,**

23                              Defendant.

24

25 TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR

26 COUNSEL OF RECORD:

27      The parties undersigned stipulate pursuant to Federal Rule of Civil Procedure

28 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice, each party

1   to bear their own costs and attorney's fees.

2

3   Dated:  October 16, 2020                    Respectfully submitted,

4                                              XAVIER BECERRA
                                               Attorney General of California
5                                              PAMELA J. HOLMES
                                               Supervising Deputy Attorney General

6

7                                              /s/ Paul F. Arentz
                                               PAUL F. ARENTZ
8                                              Deputy Attorney General
                                               *Attorneys for Defendants*
9                                              *Grant Bruemmer, Manuel Bautista*
                                               *and Ernesto Mejia*
10

11

12  Dated:  October 16, 2020                    Respectfully submitted,

13                                             THE COCHRAN FIRM
                                               CALIFORNIA
14

15

16                                             /s/ Brian T. Dunn
                                               BRIAN T. DUNN
17                                             Attorneys for Plaintiff Julia Flynn

18

19
    LA2019500380
20  63635301.docx

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name:   **Julia Flynn v. State of California, et al.**

No.   **2:19-cv-01361 JAK (PLAx)**

I hereby certify that on October 16, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION REGARDING DISMISSAL OF ACTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 16, 2020, at Los Angeles, California.

Erica Kelly
Declarant

/s/ Erica Kelly
Signature

LA2019500380
63678153.docx